IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NUMBER 4:21-mj-00033 |
| § | Magistrate Judge Kimberly C. Priest Johnson |
| TROY ANTHONY SMOCKS § | |

## MOTION FOR SUBSTITUTION OF COUNSEL

This Motion for Substitution of Counsel is brought by James P. Whalen and Ryne T. Sandel, Movants. Movants request the Court to substitute James P. Whalen and Ryne T. Sandel, Whalen Law Office, 9300 John Hickman Pkwy, Suite 501, Frisco, Texas 75035, in place of the Federal Public Defenders Office of the Eastern District of Texas, who is currently attorney of record for Troy Anthony Smocks ("Defendant") herein for the sole purpose of the Detention Hearing in this matter. This request is not made for delay, but so that Defendant may be represented by counsel of his choice. Movant prays the Court grant the Motion for Substitution of Counsel.

Respectfully submitted,

WHALEN LAW OFFICE

/s/ James P. Whalen
JAMES P. WHALEN
TEXAS BAR CARD NO.00794837
RYNE T. SANDEL
TEXAS BAR CARD NO. 24081689
ASHLEY M. SAENZ
TEXAS BAR CARD NO. 24109371
9300 John Hickman Parkway, Suite 501
Frisco, Texas 75035
Telephone: (214) 368-2560
Facsimile: (972) 829-8654
jwhalen@whalenlawoffice.com
rsandel@whalenlawoffice.com
asaenz@whalenlawoffice.com
COUNSEL FOR DEFENDANT
TROY ANTHONY SMOCKS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion for Substitution of Counsel was filed with the Court and Assistant United States Attorney via ECF on the 20TH day of January 2020.

/s/ James P. Whalen
JAMES P. WHALEN

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 20th day of January 2021, I conferred with the current attorney of record for Defendant, Frank Henderson of the Eastern District of Texas Public Defenders Office, and he is unopposed to this request. I have also attempted to confer with the attorney for the government, Tracey M. Batson, but as of this filing, have been unable to reach her.

/s/ James P. Whalen
JAMES P. WHALEN