# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION



**FILED**
JAN 2 1 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DATE: 1/21/2021

| MAGISTRATE JUDGE | COURT REPORTER: Digital Recording |
|---|---|
| | US Probation Office: Lorene Dudley by phone |
| **Christine A. Nowak** | **COURTROOM DEPUTY:** Lori Stover |
| USA v. Troy Anthony Smocks | 4:21MJ33-1 KPJ |

| ATTORNEYS FOR GOVERNMENT | ATTORNEY FOR DEFENDANT |
|---|---|
| Tracey Batson, AUSA | James Whalen, Retained |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: PRELIMINARY/DETENTION HEARING |
|---|---|
| 10:11 am | Court is now in session. Counsel for the Goverment and Defendant appeared and are ready to proceed. Defendant is present and ready to proceed. |
| | The Court outlines the procedural history in this case. The Government states this is not a presumption case. |
| 10:15 am | Ms. Batson calls Agent Kendrick.Chumak. Agent Chumak is sworn and offers direct testimony. |
| 10:43 am | Defendant Troy Smocks was identified as present in the courtroom by Agent Chumak. |
| 11:00 am | Cross Examination of Agent Chumak by James Whalen. |
| 11:04 am | James Whalen offers Exhibit 1 and 2 and they are admitted into evidence without objection. |
| 11:30 am | Redirect examination of Agent Chumak by Tracey Batson. |
| 11:41 am | Recross Examination of Agent Chumak by James Whalen |
| 11:42 am | The Court clarifies witness testimony. |
| 11:46 am | James Whalen makes an oral proffer. |
| 11:49 am | Court hears argument. |
| 12:12 pm | The Court rules that probable cause has been established and that the defendant shall be detained. |

CASE NO.   4:21MJ33-1    DATE:  1/21/2021
PAGE 2  - PROCEEDINGS CONTINUED:

|         |                                                                                              |
|---------|----------------------------------------------------------------------------------------------|
| 12:16 pm | The Court will issue an order regarding same.  Defendant is remanded to custody of USM. |
| 12:16 pm | Court is in recess. |
|         |                                                                                              |
|         |                                                                                              |
|         |                                                                                              |

DAVID O'TOOLE, CLERK

BY:    Lori Stover
       Courtroom Deputy Clerk